# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DIVISION

**BASSFIELD IP, LLC,**

  *Plaintiff*,

v.                                                  Case No. 6:22-CV-895-JKP

**SUCCESS FOODS MANAGEMENT GROUP, LLC,**

  *Defendant*.

## TRANSFER ORDER

On August 30, 2022 this action was filed and assigned to the docket of the undersigned. This case is related to the previously filed case, *Bassfield IP, LLC v. Jimmy Johns Franchisor SPV, LLC,* Case No. 6:22-CV-889-RP, assigned to United States District Judge Robert L. Pitman. In the interest of judicial economy, and upon the mutual consent of both judges, it is **ORDERED** this case be transferred to the docket of United States District Judge Robert L. Pitman for all purposes.

Pursuant to the Amended Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

It is so ORDERED.
SIGNED this 1st day of September, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE